United States Courts
Southern District of Texas
FILED

*July 08, 2026*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § |
| | § |
| **v.** | §  **Criminal No. M-26-30186-M** |
| | §     **(M-26-2454-M)** |
| | § |
| **RUTILIO HERNANDEZ-CASTENEDA** | § |

## CRIMINAL INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

On or about June 30, 2026, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

RUTILIO HERNANDEZ-CASTENEDA

an alien, did knowingly and willfully enter the United States by a place other than as designated by immigration officers.

In violation of Title 8, United States Code, Section 1325(a)(1).

JOHN G.E. MARCK
ACTING UNITED STATES ATTORNEY

ALEXANDER FURTAW
ASSISTANT UNITED STATES ATTORNEY